IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HILTON LLOYD KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-661 JPG |
| | ) | |
| ADRIAN FEINERMAN and DR. ELYEA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has determined that appointment of counsel is warranted in this action. Accordingly, after a random pick, attorney **Patrick E. Foppe, of Lashly & Baer, 714 Locust Street, St. Louis, Missouri, 63101,** is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]  The Court informs Mr. Foppe that the Plaintiff is currently incarcerated at the Menard Correctional Center in Chester, Illinois.

**IT IS SO ORDERED.**

**DATED:  June 3, 2009**

 **s/ Donald G. Wilkerson**
 **DONALD G. WILKERSON**
 **United States Magistrate Judge**

---

[1]Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.