IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HILTON LLOYD KELLER, )
)
    Plaintiff, )
)
v. ) Case No. 3:06-cv-661 JPG
)
ADRIAN FEINERMAN and DR. ELYEA, )
)
    Defendants. )

## ORDER

It has come to the attention of the Court that Plaintiff Hilton Lloyd Keller has served a subpoena on the records office at Menard Correctional Center seeking a copy of his Illinois Department of Corrections master file. This subpoena is **QUASHED**. The Menard records office shall not provide Plaintiff with a copy of the file.

The Court recently appointed counsel to represent Plaintiff in the matter. Plaintiff should confer with his attorney to determine whether a similar subpoena should be reissued, with assistance of counsel.

The Clerk is **DIRECTED** to forward a copy of this order to Plaintiff and to the records office at Menard Correctional Center.

**IT IS SO ORDERED.**

**DATED: June 3, 2009**

                                                          s/ *Donald G. Wilkerson*
                                                       **DONALD G. WILKERSON**
                                                       **United States Magistrate Judge**