IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HILTON LLOYD KELLER,**

**Plaintiff,**

**v.**

**DR. F. AHMED, et al.,**

**Defendant.**                                                  No. 06-661-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court upon transfer from Judge J. Phil Gilbert. This Court received a letter from Plaintiff Hilton Lloyd Keller which was perceived as a direct threat against all of the Judges in the Southern District of Illinois (Doc. 79, Ex. A). In response to this letter, the undersigned, as well as all of the Judges in the Southern District, have recused from further proceedings in this litigation. Accordingly, due to the recusal of all of the judges in this district, the Seventh Circuit has designated Judge Richard Mills of the Central District to handle further proceedings in this case. Therefore, the Court **ASSIGNS** this matter to Judge Richard Mills as the presiding judge.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**